SCANNED

U.S. DISTRICT COURT
RECEIVED AND FILED

2015 DEC 10 P 12: 55

DEPUTY CLERK

Appendix A: Sample Complaint and Civil Cover Sheet

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

## PRO SE CIVIL COMPLAINT

Case No. 2:15cv504NT
(the court will assign a number)

## I.   CASE CAPTION: Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

1. Plaintiff(s) Name(s):   Address(es):   Telephone No. (only if **you are NOT** a prisoner)

Aaron Joseph Marcum   (207)974-1100
Preable Street Resorce Center Oxford house
Po Box 1459 Portland, ME 04104

2. Defendant(s) Name(s):   Address(es) If known:

Federal Communications Center
Central Intelligence Agency
Turner Broadcasting
Builder Berg Group.

(Attach extra sheets if necessary.)

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

1. **When** did the events occur?

(Privacy Statement Act) (Being Framed)
It is on going with them on the Radio and TV talking about my HepC / Now being framed i wrote the sources down. They are out there saying i am doing this and that

2. **What** happened? Sleeping wit Children

And another thing with Turner Broadcast my Casin Ben's wife works for them and they keep following me around with a sattlite and adoptive mom via cell phone talking down on me when i walk around. Really the FCC is not protecting my Rights iam hurt and bothered with it
And only th CIA and the Bilderberg Group can have such an Impact with Running me into the ground and putting People agianst me every where i go state to state they are so networked and they track me and talk about my HepC
Ian sick and tired of the New's Networks talking Crap when iam not doing anything it's makeing people out there wanting to kill me I am tired of it.

## II. STATEMENT OF CLAIM(S) (continued)

The U.S. Military put a chip in me because they forseen all that is going on to protect me and knowing every where i go and what iam doing. I am Not going to Play the Rothchilds Illuminatic Game I am a U.S. Veteran that served his Country to Protect you (YOU) from forign and domestic enemy And It's Old and Stupid And i want some one to help me Out.

### III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

(United States or a federal official or agency is a party)

Claim arises under the Constitution, laws or treaties of the United States

(Violation of civil rights)

Employment discrimination

Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

Other basis for jurisdiction in federal court (explain below)
(Privacy Statement Act)

### IV. STATEMENT OF VENUE

State briefly the connection between this case and Maine. For example, does a party reside or do business in Maine? Is a party incorporated in Maine? Did an injury occur in Maine? Did the claim arise in Maine?

All the states and Agencys are Connected What it is is Generations of familey's that all know each other and Networked iam not the apple in the Basket with all the Rest

27

## V. RELIEF

State briefly what you want the court to do for you.

I want them to go through with the law suit for ~~Not at fault~~ of Mental Anguish And tell them to stop framing me and demorilizing my Chaater

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

1. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

    Yes    (No)

2. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

    _____
    _____
    _____

3. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

    Because there is no one that wants To be there for me NO one

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

    JURY        JUDGE

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed: 12-10-2015

Signature(s) of Plaintiff(s): *Aaron Joseph Marcn* [signature]

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE

FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED *in forma pauperis*. Also, if there is more than one plaintiff in the case who wishes to proceed *in forma pauperis*, **each such plaintiff must submit a separate application to proceed *in forma pauperis*.**

29